UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

UZONNA OKOROAFOR, an individual,

          Plaintiff,

v.

THE GEO GROUP, INC., a Florida corporation,

          Defendant.

NO. 3:26-cv-05375-BHS

ORDER TO DISMISS DUPLICATE FILING AND GRANTING RETURN OF DUPLICATE FILING FEE

THIS MATTER having come before the Court on Plaintiff's Motion to Dismiss Duplicate Action and Request for Refund of Duplicate Filing Fee, the Court having reviewed the Motion and the records and files herein, finds that:

This action was inadvertently opened as a duplicate of Case No. 3:26-cv-05307-DGE;

Plaintiff paid a duplicate filing fee for this second, accidentally filed action; and

Dismissal of this duplicative action is appropriate under Fed. R. Civ. P. 41(a)(2).

///

///

///

///

ORDER TO DISMISS DUPLICATE FILING AND
GRANTING RETURN OF DUPLICATE FILING FEE - 1

**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504

IT IS HEREBY ORDERED THAT:

This action is DISMISSED without prejudice; and

The clerk is authorized and directed to refund the original credit card payment made on 4/10/26 by Jason A Rittereiser HKM EMPLOYMENT ATTORNEYS LLP law office for receipt number AWAWDC-9608371 in the amount of $405.00; and

The Clerk of the Court is directed to close this action.

DATED this 21st day of May, 2026.

_____

BENJAMIN H. SETTLE
United States District Judge

ORDER TO DISMISS DUPLICATE FILING AND
GRANTING RETURN OF DUPLICATE FILING FEE - 2

**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, Washington  98101
(206) 838-2504